NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LEON W. BROWN,                    )
                                 )
          Appellant,             )
                                 )
v.                               )     Case No. 2D18-2234
                                 )
STATE OF FLORIDA,                )
                                 )
          Appellee.              )
_____ )

Opinion filed April 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.

Leon W. Brown, pro se.

PER CURIAM.


                    Affirmed.


NORTHCUTT, KHOUZAM, and ATKINSON, JJ., Concur.